No. 92–5335. LEWIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5336. MINNIECHESKE v. VOCKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5337. RICHARDS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92–5338. WILSON v. UNITED STATES; and
No. 92–5595. STEWART ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 962 F. 2d 660.

No. 92–5341. BARTLETT v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 92–5342. HARVEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5343. FERGUSON ET AL. v. WILDER, GOVERNOR OF VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–5346. DAVIS v. ROSE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5347. DOTSON v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5348. AL-SABBAR v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–5349. SERPA v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–5350. WILLIAMSON v. PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5351. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5352. BOWERMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5353. WRIGHT v. VAN BOENING ET AL. C. A. 9th Cir. Certiorari denied.